

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MYKEAL CHRISTOPHER WALKER,<br><br>Defendant.<br>_____/ | Case:5:23-cr-20466<br>Judge: Levy, Judith E.<br>MJ: Grand, David R.<br>Filed: 08-15-2023 At 04:14 PM<br>INDI USA V MYKEAL CHRISTOPHER WALKER (LG)<br><br>Violations:   18 U.S.C. § 922(g)(1) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about July 24, 2023, in the Eastern District of Michigan, Southern Division, the defendant, Mykeal Christopher Walker, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, a Canik TP9SF 9-millimeter pistol, in violation of Title 18, United States Code, Section 922(g)(1).

1

## **FORFEITURE ALLEGATION**
18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Indictment, Mykeal Christopher Walker shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of said offenses, including but not limited to: a Canik TP9SF 9-millimeter pistol, with 16 rounds of ammunition.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

DAWN N. ISON
United States Attorney


*s/ Brandy R. McMillion*
BRANDY R. McMILLION
Chief, General Crimes Unit
Assistant United States Attorney


*s/ Louis F. Meizlish*
LOUIS F. MEIZLISH
Assistant United States Attorney

Dated: August 15, 2023

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|
| | | Case:5:23-cr-20466<br>Judge: Levy, Judith E.<br>MJ: Grand, David R.<br>Filed: 08-15-2023 At 04:14 PM<br>INDI USA V MYKEAL CHRISTOPHER WALKER (LG) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
|---|---|
| ☐ Yes    ☒ No | AUSA's Initials: _L.F.M_ |

Case Title: USA v. Mykeal Christopher Walker

County where offense occurred: Wayne

Check One:    ☒ Felony    ☐ Misdemeanor    ☐ Petty

```
   ✓ Indictment/____Information --- no prior complaint.
_____Indictment/____Information --- based upon prior complaint [Case number:            ]
_____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

**Superseding Case Information**

Superseding to Case No: _____    Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| | | |

---

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

August 15, 2023
Date

Louis F. Meizlish
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9745
Fax:   313-226-2311
E-Mail address: louis.meizlish@usdoj.gov
Attorney Bar #: P75168

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.